mission, *T. Murray Robinson* and *Leon Shipp* for certain mineral owners in Texas County, Oklahoma; and *Rayburn L. Foster, Harry D. Turner, R. M. Williams* and *Cecil C. Hamilton* for the Phillips Petroleum Company, appellees.

No. 333. PINO *v.* NICOLLS, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 1st Cir. Certiorari granted. *Jacob Spiegel* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondent.

No. 337. NORWOOD ET AL. *v.* KIRKPATRICK, CHIEF JUDGE, U. S. DISTRICT COURT. C. A. 3d Cir. Certiorari granted. *B. Nathaniel Richter* and *Ernest Ray White* for petitioners. *H. Francis De Lone* and *William H. Lowery* for respondent.

No. 375. CARROLL ET AL., DOING BUSINESS AS HARRY B. HOGAN PAINTING CO., ET AL. *v.* LANZA, DOING BUSINESS AS LAKE CHARLES ELECTRIC Co. C. A. 8th Cir. Certiorari granted. *Shields M. Goodwin* for petitioners. *Edward L. Wright* for respondent.

No. 357. MANEJA ET AL. *v.* WAIALUA AGRICULTURAL Co., LTD.; and
No. 358. WAIALUA AGRICULTURAL Co., LTD. *v.* MANEJA ET AL. C. A. 9th Cir. Certiorari granted. The Solicitor General is invited to participate in oral argument on behalf of the Secretary of Labor, as *amicus curiae. Richard Gladstein* and *Norman Leonard* for Maneja et al. *Rufus G. Poole, Milton C. Denbo* and *Philip Levy* for